FILED

OCT 16 2006

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARYANNE DENNER, | ) |
| Plaintiff, | ) |
| VS. | ) Civil Action No: SA-05-CA-184-XR |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | ) |
| Defendant. | ) |

## FINAL JUDGMENT

This case was tried to a jury February 27, 2006 to March 3, 2006 on Plaintiff's retaliation claim. The jury returned a verdict finding that Defendant Texas Department of Criminal Justice retaliated against Plaintiff by constructively discharging her. The jury awarded $45,000 in past lost wages and benefits from July 9, 2003 to the date of trial and $75,000 for past nonpecuniary compensatory (mental anguish) damages.

The Court has denied Defendant's Judgment Notwithstanding the Verdict, and finds that judgment should be entered on the jury's verdict.

Accordingly, it is ORDERED and ADJUDGED that:

Plaintiff Maryanne Denner shall recover from Defendant Texas Department of Criminal Justice the sum of $120,000 in compensatory damages, plus prejudgment interest at the rate of 4.9% beginning July 9, 2003 and concluding October 15, 2006.

Plaintiff is further awarded postjudgment interest at the rate of 4.9%.

It is further ORDERED that costs shall be taxed against Defendant Texas Department of Criminal Justice. Plaintiff shall submit a bill of costs in the form required by the Clerk of Court within fourteen days of this Judgment.

SIGNED this 16th day of October, 2006.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE